# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 503 |
| | : | |
| APPOINTMENT TO THE CRIMINAL | : | CRIMINAL PROCEDURAL RULES |
| PROCEDURAL RULES COMMITTEE | : | DOCKET |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of April, 2018, the Honorable Carolyn Engel Temin, Philadelphia, is hereby appointed as a member of the Criminal Procedural Rules Committee for a term of three years, commencing May 1, 2018.